AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ARNOLD ERNEST DESONIA

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY

*Defendant*

Civil Action No. 4:16-CV-5097-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Granting Plaintiff's Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment. Judgment is in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a motion for Summary Judgment in favor of Plaintiff.

Date: 9/26/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Renea Grogan
*(By) Deputy Clerk*

Renea Grogan